PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (Tran. Court): 3:00CR00186(RNC)

**DOCKET NUMBER** (Rec. Court):

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**
Kisasi Green
15831 14th Street
Detroit, Michigan 48238-1520

**DISTRICT:** CONNECTICUT
**DIVISION:** HARTFORD

**NAME OF SENTENCING JUDGE:** The Honorable Robert N. Chatigny, Chief U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 1/20/2006 TO 1/19/2011

**OFFENSE**
CT 1: Conspiracy to Commit Bank Fraud (18:371)
CT 6: Bank Fraud (18:371)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/18/06
Date

The Honorable Robert N. Chatigny
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP 26 2006
Effective Date

United States District Judge
GEORGE CARAM STEEH
U.S. District Judge